Eric M. Creizman

Direct  **T** 212.209.4358   **F** 212.409.8385

ECreizman@atllp.com

*Sentencing adjourned to 4/6/21 at 11 am.*

*By my count this is the fourth adjournment, so there will be no further adjournments absent extraordinary circumstances.*

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

2/22/21

February 22, 2021

*By ECF*

The Honorable Cathy Seibel
United States District Judge
United States District Court
for the Southern District of New York
The Hon. Charles L Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** *United States v. Darin Fields*, **Docket No. 14-CR-476 (CS) (SDNY)**

Dear Judge Seibel:

    I represent Darin Fields in the above-referenced case as his appointed counsel under the Criminal Justice Act.

    I am writing to respectfully request a further adjournment of Mr. Fields's resentencing hearing scheduled for March 10, 2021 to a date after April 4, 2021 that is convenient to the Court. The government does not oppose this request.

    On February 12, 2021, the Court granted Mr. Field's previous request for an adjournment of his sentencing hearing from February 17, 2021 to March 10, 2021 to enable counsel and Mr. Fields to have an adequate opportunity to collaborate with respect to his sentencing submission and to obtain some additional materials relevant to sentencing to present to the Court.

    We have since learned that Mr. Fields' mother is scheduled to have surgery on March 8, 2021, and according to Mr. Fields' mother, she will not likely recover from surgery in time to attend the sentencing hearing. At the request of Mr. Fields and his mother, we are asking for the sentencing hearing to be adjourned to a date convenient to the Court after April 4 to permit Mr. Fields' mother to obtain the sentencing hearing.

Hon. Cathy Seibel
February 22, 2021
Page 2

    I thank the Court for its consideration in this matter.

    Respectfully submitted,

    <u>/s/ Eric M. Creizman</u>
    Eric M. Creizman

cc:    Scott Hartman, Esq.
        Assistant United States Attorney

ARMSTRONG TEASDALE LLP