| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 7:13CR300CS1 7:14CR476CS006 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Darin Fields | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Cathy Seibel, US District Court Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 12/23/2022 TO 12/22/2025 |

OFFENSE

18 USC § 1962(d) Racketeering Conspiracy
21 USC 846 Conspiracy to Distribute & Possess with Intent to Distribute Crack and Marijuana

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Supervisee resides in Middle District of Pennsylvania where he wishes to remain permanently.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/1/24_
*Date*

_Cathy Seibel_ (signature)
*United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Darin Field's supervision from the Southern District of New York to the Middle District of Pennsylvania, the sealed records of the Court in the above-styled matter relating to Darin Fields are unsealed for the limited purpose of transferring those records to the United States District Court for the Middle District of Pennsylvania and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*